**Order entered July 10, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00367-CR
No. 05-18-00368-CR
No. 05-18-00369-CR

**BRANDON V. CARRAWAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-75820-S, F17-75821-S, & F17-75822-S**

## ORDER

Before the Court are appellant's July 3, 2019 motion for leave to suspend rules, motion for leave for extraordinary matters, motion for out-of-time rehearing and en banc reconsideration, motion for permission to file out-of-time pro se appellant brief, motion to extend time to file pro se appellate brief, and motion for reconsideration and en banc reconsideration. Pursuant to Texas Rule of Appellate Procedure 4.5, we **DENY** the motions as untimely.

/s/    KEN MOLBERG
        JUSTICE